958 F.2d 366
 Wundrack (Ulrike), Estate of Wundrack (Robert J.. Robert, Mark)
v.
Armstrong World Industries, Inc., AC & S, Inc., Babcock &
Wilcox, Carey-Canada, Inc., Celotex Corp., Eagle-Picher
Ind., Inc., Empire Ace Insulation Mfg. Corp., Fibreboard
Corp., Flintkote Co., Garlock, Inc., H.K. Porter Co., Inc.,
Keene Corp., National Gypsum Co., Owens-Corning Fiberglas
Corp., Owens- IL Inc., Pittsburgh-Corning Corp., Rockwool
Mfg. Co., Turner & Newall, PLC, U.S. Gypsum Co., W.R. Grace & Co.
 NO. 91-5523
 United States Court of Appeals,
Third Circuit.
 Feb 07, 1992
 
 Appeal From: D.N.J.,
 Sarokin, J.
 
 
 1
 AFFIRMED.